**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PRESQRIBER, LLC** | § § | **NO. 6:14-cv-440 KNM** |
| v. | § § | |
| **AO CAPITAL PARTNERS LLC** | § | |
| **PRESQRIBER, LLC** | § § | **NO. 6:14-cv-446 KNM** |
| v. | § § | |
| **CUREMD.COM, INC.** | § | |
| **PRESQRIBER, LLC** | § § | **NO. 6:14-cv-448 KNM** |
| v. | § § | |
| **E-MDs, INC.** | § | |
| **PRESQRIBER, LLC** | § § | **NO. 6:14-cv-454 KNM** |
| v. | § § | |
| **MEDHOST, INC.** | § | |

**ORDER**

On May 8, 2014, Plaintiff Presqriber, LLC filed 26 related cases asserting infringement of U.S. Patent No. 5,758,095. Between July 29 and August 1, 2014, Defendants AO Capital, CureMD, E-MDs, and Medhost filed similar Motions to Dismiss For Failure to State a Claim in their individual cases. The earliest response deadline for these motions is Friday August 15, 2014. In response to these motions, Presqriber filed Motions for Leave to Take Limited and Expedited Discovery on Pending Motions to Dismiss in these four cases, as well as an additional ten related cases. Presqriber believes this discovery is necessary for it to fully respond to

1

Defendants' Motions to Dismiss. Additionally, Presqriber filed Emergency Motions for Extension of Time to File its Response Brief on Pending Motions to Dismiss in the four above-captioned cases. Due to upcoming deadlines, expedited briefing is required. Accordingly, it is hereby

**ORDERED** that Defendants AO Capital, CureMD, E-MDs, and Medhost file a response to the Emergency Motions for an Extension by **Friday August 15, 2014 at 10:00 a.m.** Additionally, it is **ORDERED** that the response deadlines for the Motions to Dismiss are extended until the Court rules on the Motions for Extension.

**Aug 13, 2014**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE