# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** | |
| Plaintiff, | Case No. 6:14-cv-440 |
| v. | **PATENT CASE** |
| **AO CAPITAL PARTNERS LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE,** | **JURY TRIAL DEMANDED** |
| Defendant. | |
| **CUREMD.COM, INC.** | Case No. 6:14-cv-446 |
| **E-MDs, INC.** | Case No. 6:14-cv-448 |
| **HEALTHLAND INC.** | Case No. 6:14-cv-452 |
| **MEDHOST, INC.** | Case No. 6:14-cv-454 |

## DECLARATION OF CRAIG TADLOCK
## IN RESPONSE TO SECTION 101 MOTIONS TO DISMISS

1. My name is Craig Tadlock. I submit this Declaration in support of plaintiff Presqriber, LLC's ("Presqriber") Response to the Section 101 Motions to Dismiss filed by the defendants in the above-captioned cases. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, I could testify competently to the truth of each of the statements herein.

2. I am the managing member of Tadlock Law Firm PLLC, which has its office in the Eastern District of Texas, at 2701 Dallas Parkway, Suite 360, Plano, Texas 75093. I have been a member in good standing of the State Bar of Texas since 1994, and I have been a member in good standing of the Eastern District of Texas since February 1999. I am lead outside counsel for Presqriber in this case.

3. Attached as Exhibit B to this Declaration is a true and correct copy of a web page from the United States Health Resources and Services Administration, a department of the U.S.

Department of Health and Human Services, entitled "How Does e-Prescribing Work?" I downloaded this document on September 11, 2014, from the following website:

http://www.hrsa.gov/healthit/toolbox/HealthITAdoptiontoolbox/ElectronicPrescribing/epreswork.html

4. Attached as Exhibit C to this Declaration is a true and correct copy of a web page from the United States Health Resources and Services Administration, a department of the U.S. Department of Health and Human Services, entitled "What are some of the benefits of e-Prescribing?" I downloaded this document on September 11, 2014, from the following website:

http://www.hrsa.gov/healthit/toolbox/HealthITAdoptiontoolbox/ElectronicPrescribing/benefitsepres.html

5. Attached as Exhibit D to this Declaration is a true and correct copy of a pdf document from The Leapfrog Group, entitled "FACT SHEET: Computerized Physician Order Entry, Leapfrog Hospital Survey." I downloaded this document on September 22, 2014, from the following website: http://www.leapfroggroup.org/media/file/FactSheet_CPOE2.pdf

6. Attached as Exhibit E to this Declaration is a true and correct copy of a pdf document from The Leapfrog Group, entitled "About The Leapfrog Group." I downloaded this document on September 22, 2014, from the following website:

https://leapfroghospitalsurvey.org/web/wp-content/uploads/Fsleapfrog.pdf

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2014.

                                                                __/s/ Craig Tadlock_____
                                                                Craig Tadlock