**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **AO CAPITAL PARTNERS LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE,** <br><br> Defendant. | Case No. 6:14-cv-440 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |
| **APRIMA MEDICAL SOFTWARE, INC.** | Case No. 6:14-cv-441 |
| **ATHENAHEALTH, INC.** | Case No. 6:14-cv-442 |
| **CERNER CORPORATION** | Case No. 6:14-cv-443 |
| **COMPUTER PROGRAMS AND SYSTEMS, INC.** | Case No. 6:14-cv-445 |
| **CUREMD.COM, INC.** | Case No. 6:14-cv-446 |
| **ECARESOFT, INC.** | Case No. 6:14-cv-447 |
| **E-MDs, INC.** | Case No. 6:14-cv-448 |
| **HEALTHLAND INC.** | Case No. 6:14-cv-452 |
| **MCKESSON CORP.** | Case No. 6:14-cv-453 |
| **MEDHOST, INC.** | Case No. 6:14-cv-454 |
| **QUADRAMED CORPORATION** | Case No. 6:14-cv-461 |
| **QUEST DIAGNOSTICS INCORPORATED** | Case No. 6:14-cv-462 |
| **NEWCROP, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **PRESQRIBER, LLC,** <br><br> **Defendant.** | Case No. 6:14-cv-539 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**<u>NOTICE OF READINESS FOR SCHEDULING CONFERENCE</u>**

Pursuant to this Court's Standing Order Regarding Readiness for Scheduling Conference,[1] Plaintiff Presqriber, LLC ("Presqriber") hereby files this Notice of Readiness:

**1. Lists of Related Cases, Patent Number, and Pending Motions**

**A. Cases Filed by Presqriber to Which This Notice Applies (Ready for Scheduling Conference)**

On June 8, 2014, Presqriber filed 26 patent infringement actions in the Eastern District of Texas, Tyler Division, asserting infringement of U.S. Patent 5,758,095 (the "'095 Patent"). The cases were numbered 6:14-cv-439 through -464, consecutively. Judge Mitchell is assigned to each of the cases. Twelve (12) of the cases have been dismissed (Cases No. 6:14-cv-439, -444, -449, -450, -451, -455, -456, -457, -458, -460, -463, and -464). One (1) case is stayed pending finalization of settlement (Case No. 6:14-cv-459). Thirteen (13) cases remain, as set forth below. Three (3) of the remaining cases have agreements in principle to resolve them, which leaves 10 active cases. The following cases are ready for a scheduling conference with the Court:

| Case No. | Defendant | Pending Motions |
|---|---|---|
| 6:14-cv-440 | AO Capital Partners LLC d/b/a Prognosis Innovation Healthcare | Motion to Dismiss (§101) (Dkt No. 12)[2] |
| 6:14-cv-441 | Aprima Medical Software, Inc. | None |
| 6:14-cv-442 | Athenahealth, Inc. | None |
| 6:14-cv-443 | Cerner Corporation | Motion to Dismiss Claims for Willful Infringement (Dkt. No. 14)[3] |
| 6:14-cv-445 | Computer Programs and Systems, Inc. (CPSI) | None |
| 6:14-cv-446 | CureMD.com, Inc. | Motion to Transfer (Dkt. No. 15)[4] Motion to Dismiss (§101) (Dkt. No. 16) |
| 6:14-cv-447 | eCareSoft, Inc. | None |

---

[1] The last remaining Defendant in the related cases that had not answered or otherwise appeared, Optum (Case No. 6:14-cv-459), had an agreed motion to stay and notice of settlement filed on Monday, October 13, which has since been granted. This Notice is filed within five days of the agreed motion to stay.

[2] All of the Motions to Dismiss on Section 101 grounds are fully briefed.

[3] This motion is fully briefed.

[4] Presqriber has not yet filed its response to the CureMD Motion to Transfer. Venue discovery is in progress, and the parties are working on an appropriate time frame for the remainder of the briefing.

| | | |
|---|---|---|
| 6:14-cv-448 | E-MDs, Inc. | Motion to Dismiss (§101) (Dkt. No. 12) |
| 6:14-cv-452 | Healthland Inc. | Motion to Dismiss (§101) (Dkt. No. 14) |
| 6:14-cv-453 | McKesson Corporation[5] | None |
| 6:14-cv-454 | Medhost, Inc. | Motion to Dismiss (§101) (Dkt. No. 11) |
| 6:14-cv-461 | QuadraMed Corporation[6] | None |
| 6:14-cv-462 | Quest Diagnostics Incorporated[7] | None |

**B.      Related DJ Case Filed Against Presqriber to Which This Notice Applies (Ready for Scheduling Conference)**

On June 10, 2014, NewCrop, LLC filed a declaratory judgment action against Presqriber, asserting that several entities that use systems and services provided by NewCrop had been named as defendants by Presqriber.[8] The NewCrop DJ action requests declaratory judgments of non-infringement, invalidity, and unenforceability of the '095 Patent and is thus a related case. Presqriber answered on July 15, 2014. NewCrop has not filed a Notice of Readiness in accordance with this Court's standing order, so Presqriber is doing so here. This case is ready for a scheduling conference.

**2.      Dates of any Future *Markman* Hearing and/or Trial**

No *Markman* hearing or trial date has been set in any of these related cases.

---

[5] Presqriber and McKesson have reached an agreement in principle to resolve the case, but no motion to stay or motion to dismiss has been filed at this time.

[6] Presqriber and QuadraMed have reached an agreement in principle to resolve the case, but no motion to stay or motion to dismiss has been filed at this time.

[7] Presqriber and Quest have reached an agreement in principle to resolve the case, but no motion to stay or motion to dismiss has been filed at this time.

[8] It appears that all of the NewCrop customers that were named as defendants by Presqriber have settled and been dismissed.

Dated: October 17, 2014          Respectfully submitted,

         */s/ Craig Tadlock*
         Craig Tadlock
         State Bar No. 00791766
         John J. Harvey, Jr.
         State Bar No. 09179770
         Keith Smiley
         State Bar No. 24067869
         **TADLOCK LAW FIRM PLLC**
         2701 Dallas Parkway, Suite 360
         Plano, Texas 75093
         903-730-6789
         craig@tadlocklawfirm.com
         john@tadlocklawfirm.com
         keith@tadlocklawfirm.com

         *Attorneys for Plaintiff Presqriber, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 17, 2014, via the Court's CM/ECF system.

         */s/ Craig Tadlock*
         Craig Tadlock