# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **AO CAPITAL PARTNERS LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE,** <br><br> Defendant. | Case No. 6:14-cv-440 <br><br> **CONSOLIDATED CASE** |
| **PRESQRIBER, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **COMPUTER PROGRAMS AND SYSTEMS, INC.,** <br><br> Defendant. | Case No. 6:14-cv-445 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE
### OF ALL CLAIMS BETWEEN PLAINTIFF PRESQRIBER, LLC AND
### DEFENDANT COMPUTER PROGRAMS AND SYSTEMS, INC.

Plaintiff Presqriber, LLC ("Presqriber") and Defendant Computer Programs and Systems, Inc. ("CPSI"), pursuant to Federal Rule of Civil Procedure 41 and their agreement, file this agreed motion to dismiss with prejudice. The parties have agreed to settle all claims and counterclaims in the above-captioned action. The parties, therefore, move this Court to dismiss this action and all claims and counterclaims between Presqriber and CPSI made therein, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Presqriber respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: November 13, 2014          Respectfully submitted,

     /s/ Craig Tadlock
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Presqriber, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 12, 2014, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

     /s/ Craig Tadlock
Craig Tadlock

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of November, 2014.

     /s/ Craig Tadlock
Craig Tadlock