# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PRESQRIBER, LLC,<br>    Plaintiff,<br><br>v.<br><br>AO CAPITAL PARTNERS, LLC,<br>d/b/a PROGNOSIS INNOVATION<br>HEALTHCARE, ET AL.,<br>    Defendant. | Case No. 6:14-cv-00440-KNM<br>(Consolidated Lead Case)<br><br><br>JURY TRIAL DEMANDED |
| NEWCROP, LLC,<br>v.<br><br>PRESQRIBER, LLC, | Civil Action No. 6:14-cv-00539<br><br>PATENT CASE |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Scheduling Order entered by this Court on October 29, 2014 (Doc. 28), Plaintiff / Consolidated Defendant, NewCrop, LLC submits this Certificate of Interested Parties:

| **Interested Party** | **Counsel** |
|---|---|
| Presqriber, LLC – Consolidated Plaintiff and Defendant | Craig Tadlock<br>John J. Harvey, Jr.<br>Keith Smiley<br>Tadlock Law Firm, PLLC<br>2701 Dallas Parkway, Suite 360<br>Plano, Texas 75093 |
| NewCrop, LLC – Plaintiff / Consolidated Defendant<br>Larry Susnow – Shareholder, Officer and Director of NewCrop, LLC<br>Craig Wagoner – Shareholder, Officer and Director of NewCrop, LLC | Simon W. Hendershot, III<br>Christy L. Martin<br>Katie Tempone Cowart<br>Kerr, Hendershot & Cannon, P.C.<br>1800 Bering Drive, Suite 600<br>Houston, Texas 77057<br>Telephone: (713) 783-3110<br>Facsimile: (713) 783-2809 |

Respectfully submitted,

**KERR, HENDERSHOT & CANNON, P.C.**


/s/ Simon W. Hendershot
SIMON W. HENDERSHOT, III
Attorney-in-charge
SBN: 09417200
trey@k-hpc.com
CHRISTY L. MARTIN
SBN: 24041336
cmartin@k-hpc.com
KATIE TEMPONE COWART
SBN: 24048268
kcowart@k-hpc.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809

**ATTORNEYS FOR NEWCROP, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2014, a true and correct copy of the above was served upon the attorneys of record in the above entitled and numbered cause, via CM/ECF.

/s/ Simon W. Hendershot, III
SIMON W. HENDERSHOT, III