**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PRESQRIBER, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AO CAPITAL PARTNERS LLC d/b/a § <br> PROGNOSIS INNOVATION § <br> HEALTHCARE, ET AL., § <br> § <br> Defendants. § <br> § | Cause No. 6:14-cv-440-KNM <br> LEAD CASE <br><br> JURY TRIAL DEMANDED |
| PRESQRIBER, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> QUEST DIAGNOSTICS § <br> INCORPORATED, § <br> § <br> Defendant. § <br> § | Cause No. 6:14-cv-462-KNM <br> CONSOLIDATED CASE <br><br> JURY TRIAL DEMANDED |

## DEFENDANT QUEST DIAGNOSTICS INCORPORATED'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the Court's Scheduling Order dated October 29, 2014 (Dkt. 28) and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Quest Diagnostics Incorporated lists the following entities as financially interested in the outcome of the above-referenced litigation styled *Presqriber, LLC v. Quest Diagnostics Incorporated*, No. 6:14-cv-462-KNM:

1. Quest Diagnostics Incorporated (Defendant);

2. Shareholders of Quest Diagnostics Incorporated; and

3. Presqriber, LLC (Plaintiff).

Quest Diagnostics Incorporated has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: November 13, 2014

Respectfully submitted,

/s/ Jay F. Utley
Jay F. Utley (Lead Counsel)
Texas Bar No. 00798559
E-Mail: jay.utley@bakermckenzie.com
John G. Flaim
Texas Bar No. 00785864
E-Mail: john.flaim@bakermckenzie.com
Benjamin B. Kelly
Texas Bar No. 24055765
E-Mail: ben.kelly@bakermckenzie.com
Erin M. Choi (Tanner)
Texas Bar No. 24079436
E-Mail: erin.choi@bakermckenzie.com
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

ATTORNEYS FOR DEFENDANT,
QUEST DIAGNOSTICS INCORPORATED

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2014, a true and correct copy of the foregoing document was served electronically on all counsel of record via the Court's CM/ECF system.

/s/ Jay F. Utley
Jay F. Utley

DALDMS/78886.1