**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**AO CAPITAL PARTNERS LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE,**<br><br>                    Defendant. | Case No. 6:14-cv-440<br><br>**CONSOLIDATED CASE** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Scheduling Order dated October 29, 2014 (Dkt. No. 28), Plaintiff Presqriber, LLC, hereby files its Certificate of Interested Parties listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Presqriber, LLC, has a financial interest in the outcome of this litigation as the owner of the patent in suit with the right to prosecute, and receive, all damages, royalties, awards and compensation for past, present, and/or future infringement.  Brian Yates has a financial interest in the outcome of this litigation as the Managing Member and 100% owner of Presqriber, LLC.  Lloyd Kraus has a financial interest in the outcome of this litigation as the Manager of Presqriber, LLC.  Poetry Systems, Inc., has a financial interest in the outcome of this litigation by virtue of a contract with Presqriber, LLC.  Tadlock Law Firm PLLC has a financial interest in the outcome of this litigation by virtue of a contract for attorney's fees with Presqriber, LLC.

Dated: November 13, 2014               Respectfully submitted,

                                         */s/ Craig Tadlock*
                                        Craig Tadlock
                                        State Bar No. 00791766
                                        John J. Harvey, Jr.

        State Bar No. 09179770
        Keith Smiley
        State Bar No. 24067869
        **TADLOCK LAW FIRM PLLC**
        2701 Dallas Parkway, Suite 360
        Plano, Texas 75093
        903-730-6789
        craig@tadlocklawfirm.com
        john@tadlocklawfirm.com
        keith@tadlocklawfirm.com

        *Attorneys for Plaintiff Presqriber, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 13, 2014.

               _/s/ Craig Tadlock_
               Craig Tadlock