**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PRESQRIBER, LLC** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:14-cv-440-KNM |
| | § | (Consolidated Lead Case) |
| | § | |
| **AO CAPITAL PARTNERS, LLC d/b/a** | § | |
| **PROGNOSIS INNOVATION** | § | |
| **HEALTHCARE,** | § | |
| | § | |
| *Defendant.* | | |

### AO CAPITAL PARTNERS, LLC D/B/A PROGNOSIS INNOVATION HEALTHCARE'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and October 29, 2014 Scheduling Order, Defendant AO Capital Partners, LLC d/b/a Prognosis Innovation Healthcare provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicity held corporation that owns 10% or more of its stock (if none, state "None"):**

   **ANSWER:** None.

2. **A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

   **ANSWER:**

   1. AO Capital Partners, LLC d/b/a
      Prognosis Innovation Healthcare
      c/o Stewart H. Thomas
      Hallett & Perrin, P.C.
      1445 Ross, Suite 2400
      Dallas, Texas 75202

2. Jennifer S. Stoddard
   Christopher B. Welsh
   Stoddard & Welsh, PLLC
   8150 N. Central Expressway, Suite 1150
   Dallas, Texas 75206

3. Stewart H. Thomas
   Barrett C. Lesher
   Hallett & Perrin, P.C.
   1445 Ross Avenue, Suite 2400
   Dallas, Texas 75202

4. Presqriber,LLC
   c/o Craig Tadlock
   Tadlock Law Firm, PLLC
   2701 Dallas Parkway, Suite 360
   Plano, Texas 75093

5. Tadlock Law Firm, PLLC
   2701 Dallas Parkway, Suite 360
   Plano, Texas 75093

        Respectfully Submitted,

By:    */s/ Stewart H. Thomas*
        Stewart H. Thomas
        State Bar No. 19868950
        E-mail: sthomas@hallettperrin.com
        Barrett C. Lesher
        State Bar No. 24070137
        E-mail: blesher@hallettperrin.com
        **HALLETT & PERRIN, P.C.**
        1445 Ross Avenue, Ste. 2400
        Dallas, TX 75202
        Telephone: (214) 922-4132
        Facsimile: (214) 922-4142

And

        Jennifer Stoddard
        State Bar No. 19260650
        Christopher B. Welsh
        State Bar No. 24049538
        **STODDARD & WELSH, PLLC**
        8150 N. Central Expressway
        Suite 1150
        Dallas, TX 75206
        Telephone: (214) 884-4900
        Facsimile: (214) 884-4910
        jstoddard@stoddardwelsh.com
        cwelsh@stoddardwelsh.com

       *Attorneys for Defendant,*
       *AO Capital Partners, LLC d/b/a*
       *Prognosis Innovation Healthcare et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2014, I electronically filed the foregoing Certificate of Interest Persons with the Clerk of the Court by using the CM/ECF System, which will serve all counsel of record by notice of electronic filing pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule CV-5(a).

*/s/ Stewart H. Thomas*
Stewart H. Thomas