IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PRESQRIBER, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO: 6:14-CV-440 |
| vs. | § § | **(CONSOLIDATED LEAD CASE)** |
| AO CAPTIAL PARTNERS LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE, ET Al., | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

**CERTIFICATE OF INTERESTED PARTIES**

On behalf of Cerner Corporation, and pursuant to the Court's October 29, 2014 Order (Dkt. 28), the undersigned certifies that as of this date, only the following named party has a financial interest in the outcome of this litigation: Cerner Corporation.

1

| | |
|---|---|
| Dated:  November 13, 2014 | Respectfully submitted, |
| OF COUNSEL:<br>B. Trent Webb<br>Missouri Bar No: 40778<br>(*Admitted*)<br>bwebb@shb.com<br>Lynn C. Herndon<br>Missouri Bar No: 62942<br>(*Admitted*)<br>lherndon@shb.com<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri  64108-2613<br>Telephone:  (816) 474-6550<br>Facsimile:  (816) 421-5547 | By:  __/s/Robert *H. Reckers*_____<br>    LEAD ATTORNEY:<br>    Robert H. Reckers<br>    Texas Bar No.:  24039520<br>    rreckers@shb.com<br>    Fiona A. Bell<br>    Texas Bar No.: 24052288<br>    fbell@shb.com<br>    SHOOK, HARDY & BACON LLP<br>    JPMorgan Chase Tower<br>    600 Travis Street, Suite 3400<br>    Houston, Texas  77002-2926<br>    Telephone:  (713) 227-8008<br>    Facsimile:  (713) 227-9508<br><br>    **ATTORNEYS FOR DEFENDANT:**<br>    **CERNER CORPORATION** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system, per Local Rule CV-5(a)(3) on this 13th day of November, 2014.

  __/s/Robert H. Reckers_____
  Attorney for Defendant
  Cerner Corporation