# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **AO CAPITAL PARTNERS LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE,** <br><br> Defendant. | Case No. 6:14-cv-440 <br><br> **CONSOLIDATED CASE** |
| **PRESQRIBER, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **COMPUTER PROGRAMS AND SYSTEMS, INC.,** <br><br> Defendant. | Case No. 6:14-cv-445 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF PRESQRIBER, LLC AND DEFENDANT <u>COMPUTER PROGRAMS AND SYSTEMS, INC.</u>

On this day, the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Presqriber, LLC ("Presqriber"), and Defendant Computer Programs and Systems, Inc. ("CPSI"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that this action and all claims and counterclaims asserted in this suit between Presqriber and CPSI are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

So ORDERED and SIGNED this 14th day of November, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE