IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** | |
| **Plaintiff,** | Case No. 6:14-cv-440 |
| v. | **CONSOLIDATED CASE** |
| **PROGNOSIS INNOVATION HEALTHCARE,** *et al.*, | **LEAD CASE** |
| **Defendants.** | |

**AGREED MOTION**
**TO EXTEND DEADLINE TO SUBMIT PROPOSED PROCEDURAL ORDERS**

Plaintiff Presqriber LLC ("Presqriber"), with the agreement of the remaining defendants, respectfully requests that the Court extend the deadline for the parties to submit a proposed Docket Control Order, Discovery Order, ESI Order, and Protective Order to the Court until 5 p.m. CST on December 3, 2014. The current deadline for the parties to comply is no later than 9:00 a.m. ten days prior to the December 10, 2014 Scheduling/Status Conference, as per the Court's Scheduling Order entered on October 29, 2014 (Dkt. No. 28).

The parties seek this change for good cause. The Court's current deadline to submit the proposed procedural Orders falls during a holiday weekend. In light of the holiday, the parties need the additional time to finalize the proposed procedural orders and submit them to the Court. The new deadline requested by the parties is still one week before the Court's Scheduling/Status Conference. No other deadlines in the case are affected by this request, and no discovery is being delayed because of the requested extension.

Presqriber submits that good cause exists for granting this motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served. A proposed order granting this Agreed Motion is attached.

Wherefore, Presqriber respectfully requests that the Court enter the proposed order submitted with this Agreed Motion as set forth above, and grant the parties such other and further relief to which they are entitled.

Dated: November 26, 2014                Respectfully submitted,

                                                    */s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

***Attorneys for Plaintiff Presqriber, LLC***

### CERTIFICATE OF CONFERENCE

I hereby certify that I have met and conferred with counsel for Defendants, and all parties have agreed to the proposed order submitted herewith.

                                                       */s/ Craig Tadlock*
Craig Tadlock

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 26, 2014.

                                             */s/ Craig Tadlock*
                                             Craig Tadlock