# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **AO CAPITAL PARTNERS LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE,** *et al.*, <br><br> **Defendants.** | Case No. 6:14-cv-440 <br><br> **CONSOLIDATED CASE** <br><br> **LEAD CASE** |

## PLAINTIFF PRESQRIBER, LLC'S NOTICE OF PARAGRAPH 1 INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Paragraph 1 of the Court's December 8, 2014 Discovery Order (Docket No. 76), Plaintiff Presqriber, LLC ("Presqriber") hereby notifies the Court that on January 9, 2015, Presqriber served counsel for Defendants Athenahealth, Inc., CureMD.com, Inc., eCareSoft, Inc., Medhost, Inc., and AO Capital Partners LLC d/b/a Prognosis Innovation Healthcare, and consolidated party NewCrop, LLC, with their Initial Disclosures, via electronic mail.

Dated:  January 9, 2015                     Respectfully submitted,

                                             /s/ Craig Tadlock
                                            Craig Tadlock
                                            State Bar No. 00791766
                                            John J. Harvey, Jr.
                                            State Bar No. 09179770
                                            Keith Smiley
                                            State Bar No. 24067869
                                            TADLOCK LAW FIRM PLLC
                                            2701 Dallas Parkway, Suite 360
                                            Plano, Texas 75093

                              903-730-6789
                              craig@tadlocklawfirm.com
                              john@tadlocklawfirm.com
                              keith@tadlocklawfirm.com

***Attorneys for Plaintiff Presqriber, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all counsel for Defendants on January 9, 2015, via email, pursuant to Local Rule CV-5(d).

                                           */s/ Craig Tadlock*
                                           Craig Tadlock