**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC,** | |
| **Plaintiff,** | **Case No. 6:14-cv-440** |
| v. | |
| | **CONSOLIDATED CASE** |
| **AO CAPITAL PARTNERS, LLC** d/b/a **PROGNOSIS INNOVATION HEALTHCARE,** *et al.*, | **LEAD CASE** |
| **Defendants.** | |
| **ADVANCED DATA SYSTEMS CORPORATION** | **Case No. 6:14-cv-859** |
| **COMPULINK BUSINESS SYSTEMS INC.** | **Case No. 6:14-cv-862** |
| **HEALTHFUSION, INC.** | **Case No. 6:14-cv-864** |
| **MACPRACTICE, INC.** | **Case No. 6:14-cv-866** |
| **MD LOGIC, INC.** | **Case No. 6:14-cv-867** |
| **MED INFORMATIX, INC.** | **Case No. 6:14-cv-868** |
| **MEDFLOW, INC.** | **Case No. 6:14-cv-869** |
| **NEXTECH SYSTEMS, LLC** | **Case No. 6:14-cv-871** |
| **NEXUS CLINICAL, LLC** | **Case No. 6:14-cv-872** |
| **PRACTICE VELOCITY, LLC** | **Case No. 6:14-cv-874** |
| **NEWCROP, LLC,** | |
| **Plaintiff,** | |
| v. | **Case No. 6:14-cv-539** |
| **PRESQRIBER, LLC,** | |
| **Defendant.** | |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS
BETWEEN PLAINTIFF PRESQRIBER, LLC AND
ADVANCED DATA SYSTEMS CORPORATION; COMPULINK BUSINESS SYSTEMS INC.;
HEALTHFUSION, INC.; MACPRACTICE, INC.; MD LOGIC, INC.;
MED INFORMATIX, INC.; MEDFLOW, INC.; NEXTECH SYSTEMS, LLC;
NEXUS CLINICAL, LLC; PRACTICE VELOCITY, LLC; AND NEWCROP, LLC**

Plaintiff Presqriber, LLC ("Presqriber") and Defendants Advanced Data Systems

Corporation ("Advanced"), Compulink Business Systems Inc. ("Compulink"), HealthFusion,

Inc. ("HealthFusion"); MacPractice, Inc. ("MacPractice"), MD Logic, Inc. ("MD Logic"), Med Informatix, Inc. ("Med Informatix"), MedFlow, Inc. ("MedFlow"), NexTech Systems, LLC ("NexTech"), Nexus Clinical, LLC ("Nexus") and Practice Velocity, LLC's ("Practice Velocity") (collectively "Defendants") and NewCrop, LLC, pursuant to Federal Rule of Civil Procedure 41 and their agreement, file this agreed motion to dismiss with prejudice.

These parties have agreed to settle all claims and counterclaims between them in the above-captioned action. The parties, therefore, move this Court to dismiss all claims and counterclaims between Plaintiff Presqriber and Defendants, and all claims and counterclaims between Presqriber and New Crop, LLC, all with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: September 9, 2015                    Respectfully submitted,

                                                     */s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Presqriber, LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 9, 2015, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

    */s/ Keith Smiley*
    Keith Smiley

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 9, 2015.

    */s/ Craig Tadlock*
    Craig Tadlock